

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:               01-15-00758-CV

Style:                      In re Advanced Powder Solutions, Inc., Relator

Date motion filed*:         September 29, 2015

Type of motion:            Unopposed Motion for Extension of Time to File Response to Petition

                           for Writ of Mandamus

Parties filing motion:     Real Party in Interest Tremaine Hewitt

Document to be filed:      Response

Is appeal accelerated?      Yes (original proceeding).

If motion to extend time:

    Original due date:           October 5, 2015

    Number of extensions granted:    0          Current Due date:  October 5, 2015

    Date Requested:              October 30, 2015

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  October 30, 2015.

        ☑    No further extensions will be granted absent extraordinary circumstances.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature: /s/ Laura C. Higley
               ☑ Acting individually    ☐ Acting for the Court

Date: October 2, 2015

November 7, 2008 Revision